IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CHRISTOPHER LEE RENEAU**,

      Plaintiff-Appellant,                     **Case No. 6:19-cv-01267-MC**

v.                                                   **JUDGMENT**

**WELLS FARGO BANK, N.A.,**

      Defendant-Appellee.

_____

**MCSHANE, Judge**:

      Based on the record, the Bankruptcy Court's final decision is AFFIRMED. This action is dismissed.

      IT IS SO ORDERED.

      DATED this 23rd day of December, 2019.

                                        **_____/s/ Michael McShane_____**
                                            **Michael J. McShane**
                                           **United States District Judge**

JUDGMENT